UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Joel G. Verenbec

   v.                                             Civil No. 11-cv-00161-JL

Warden, Northern New Hampshire
Correctional Facility


**O R D E R**

    Before the court is petitioner Joel Verenbec's response (doc. no. 20) to this court's August 21, 2013, order (doc. no. 19) concerning his § 2254 petition.  The matter is here for preliminary review to determine whether the claims raised in the petition are facially valid and may proceed.  See Rule 4 of the Rules Governing Section 2254 cases in the United States District Courts ("§ 2254 Rules").

    For reasons stated in the report and recommendation issued this date, the court directs the clerk's office to serve the respondent as provided in the Agreement on Acceptance of Service.  The clerk's office shall serve the New Hampshire Office of the Attorney General an electronic copy of:  the original petition (doc. no. 1); the amended petition (doc. no. 15); the June 10, 2013, order (doc. no. 16); Verenbec's response to that order (doc. no. 18); the August 21, 2013, order (doc.

no. 19); Verenbec's response to that order (doc. no. 20); the report and recommendation issued this date; and this order.

The respondent shall answer or otherwise plead within thirty (30) days of the date of this Order. The answer shall comply with the requirements of § 2254 Rule 5. Upon receipt of that response, the court will determine whether a hearing is warranted. See § 2254 Rule 8 (providing circumstances under which a hearing is appropriate).

Verenbec is referred to Fed. R. Civ. P. 5, which requires that every pleading, written motion, notice, and similar paper, after the petition, be served on the respondent. Such service is to be made by mailing the material to the respondent's attorney(s).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

September 20, 2013

cc: Joel Verenbec, pro se

LBM:nmd