UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Verenbec</u>

      v.

                    Civil No. 11-cv-161-JL

<u>Northern NH Correctional Facility,</u>
<u>Warden</u>

O R D E R

  No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 20, 2013. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal). Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                        _____
                                                        Joseph N. Laplante
                                                       Chief Judge

Date: October 22, 2013

cc: Joel G. Verenbec
    Elizabeth C. Woodcock, Esq.